## Wm. H. Suydam v. Eva F. Suydam.

Interlocutory appeal from Superior Court of Cook County.

The order of the Superior Court granting an injunction, from which this appeal is prayed, will be affirmed.

We are of opinion that the court had jurisdiction, and that the bill and affidavit show sufficient ground for granting the injunction without notice. Opinion filed December 13, 1898. Rehearing denied January 6, 1899.

## Elizabeth Dorn v. Julia A. Bissell et al.

Appeal from the Superior Court of Cook County. Opinion filed January 9, 1899.

The only question in this case was as to the sufficiency of exceptions to a master's report, and the decree is affirmed on the authority of Dorn v. Farr, No. 7796, not reported.

CHARLES PICKLER, attorney for appellant.

MANN, HAYES & MILLER, attorneys for appellees.

## Joseph Lebkuechner v. Roger E. Moore.

Appeal from the Superior Court of Cook County. Opinion filed January 1, 1899.

This appeal was dismissed for want of properly certified transcript of record.

MORTON CULVER, attorney for appellant.

H. H. TALCOTT, attorney for appellee.

## Gay Dorn v. Jennie B. Colt.

Appeal from the Superior Court of Cook County. Opinion filed January 9, 1899.

Questions of fact only were involved in this appeal.

CHARLES PICKLER, attorney for appellant.

MANN, HAYES & MILLER, attorneys for appellee.